FRANCIS CRAIGHEAD et al., complainants and respondents,

*v.*

ELLEN.M. PIKE et al., defendants and appellants.

[Filed March 5th, 1900.]

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *13 Dick. Ch. Rep. 15.*

*Messrs. Vredenburgh & Garretson,* for the appellants.

. *Messrs. Corbin & Corbin,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, on the grounds stated by Vice-Chancellor Pitney in his opinion advising it.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, VAN SYCKEL, DIXON, GARRISON, GUMMERE, LIPPINCOTT, LUDLOW, BOGERT, HENDRICKSON, ADAMS, NIXON, VREDENBURGH—13.